Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAYRA CHACON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:12-cv-0884 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Brown |
| CLARKSVILLE POLICE DEPARTMENT ) | Jury Demand |
| and HARRIS K., In Their Related Capacities, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE REPLY

The Defendants, by and through undersigned counsel and, pursuant to Local Rule 7.01(b), hereby submit this Motion for Leave to File Reply. Specifically, the Defendants seek leave to file a Reply Memorandum to the Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Amended Complaint. Should the Court grant such leave, the Defendants submit their Reply Memorandum as an attachment hereto.

Respectfully submitted,

/s/ Jeff T. Goodson
**LANCE A BAKER, # 015152**
**JEFF T. GOODSON, # 023648**
One Public Square
Clarksville, TN 37040
lance.baker@cityofclarksville.com
jeff.goodson@cityofclarksville.com
Telephone: (931) 553-2475
Facsimile: (931) 221-0122

*Attorneys for Defendants*