IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAYRA CHACON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0884 |
| ) | Judge Trauger |
| HARRIS K. BATCH #5770 and ) | |
| CLARKSVILLE POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

The Motion For Voluntary Dismissal filed by the plaintiff (Docket No. 34) is **GRANTED**. It is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, each party to be responsible for their own fees and expenses.

It is so **ORDERED.**

Enter this 19th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge